# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

INNOVATION SCIENCES, LLC,

          Plaintiff,

       v.

MGM SECURITY SERVICES, INC.,

          Defendant.

Case No. 1:25-cv-00837-ADA

**JURY TRIAL DEMANDED**

## NOTICE OF VENUE DISCOVERY

Pursuant to Section V of the Court's Standing Order Governing Proceedings (OGP)—Patent Cases Version 1 Austin, Plaintiff Innovation Sciences, LLC ("Innovation Sciences") hereby provides notice that it will serve venue discovery requests on Defendant MGM Security Services, Inc. ("MGM"), and that this venue discovery will delay its response to MGM's pending Motion to Transfer (Dkt. No. 11). MGM filed its Motion to Transfer on October 17, 2025. Pursuant to Section V of the OGP, venue discovery shall be completed no later than 10 weeks after the filing of such motion, by December 26, 2025. Under the OGP, Innovation Sciences' deadline to respond to the Motion to Transfer is January 9, 2026--two weeks after the close of discovery.

Dated: October 23, 2025

Respectfully submitted,

/s/ Raymond W. Mort, III
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
111 Congress Avenue, Suite 500
Austin, Texas 78701
Tel/Fax: 512-865-7950

1

Of Counsel:
Ronald M. Daignault (pro hac vice to be filed)*
Chandran B. Iyer (pro hac vice to be filed)
Shailendra Maheshwari (pro hac vice to be filed)*
rdaignault@daignaultiyer.com
cbiyer@daignualtiyer.com
smaheshwari@daignaultiyer.com
Daignault Iyer LLP
8229 Boone Boulevard
Suite 450
Vienna, VA 22182

Attorneys for Plaintiff *Innovation Sciences, LLC*

*Not admitted to practice in Virginia*

2