**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| INNOVATION SCIENCES, LLC,<br>Plaintiff,<br>v.<br>MGM SECURITY SERVICES, INC.,<br>Defendant. | Case No. 1:25-cv-00837-ADA<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule CV-11(c), Plaintiff Innovation Sciences, LLC ("Innovation Science") hereby files this unopposed motion for withdrawal of The Mort Law Firm, PLLC and its attorney Raymond W. Mort, III and Daignault Iyer LLP and its attorneys Ronald M. Daignault, Chandran B. Iyer, and Shailendra Maheshwari as counsel for Innovation Science in this action. The firm DNL ZITO and its attorneys Josehp J. Zito, Rene A. Vazquez, Kendal M. Sheets, and Benjamin C. Deming who entered appearances (DI. 21) and whose information is provided below will continue as counsel of record for Innovation Science. Defendant MGM Security Services, Inc. ("MGM") does not oppose this motion to Withdraw.

Upon the Court's granting of this motion, it is requested that the Clerk of Court please delete Raymond W. Mort, III from the list of persons receiving notices of electronic filings in this case.

Joseph J. Zito (Designated Lead Counsel)
Rene A. Vazquez
Kendal M. Sheets
DNL ZITO
1250 Connecticut Avenue, NW, #700
Washington D.C. 20036
202-466-3500
jzito@dnlzito.com
rvazquez@dnlzito.com
ksheets@dnlzito.com

Benjamin C. Deming
DNL ZITO
3232 McKinney Ave, Suite 500
Dallas, Texas 75204
bdeminf@dnlzito.com
(214) 799-1145

Dated: December 19, 2025

Respectfully submitted,

*<u>/s/ Raymond W. Mort, III</u>*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
111 Congress Avenue, Suite 500
Austin, Texas 78701
Tel/Fax: 512-865-7950

Of Counsel:
Ronald M. Daignault (pro hac vice to be filed)*
Chandran B. Iyer (pro hac vice to be filed)
Shailendra Maheshwari (pro hac vice to be filed)*
rdaignault@daignaultiyer.com
cbiyer@daignualtiyer.com
smaheshwari@daignaultiyer.com
Daignault Iyer LLP
8229 Boone Boulevard
Suite 450
Vienna, VA 22182

*Attorneys for Plaintiff Innovation Sciences, LLC*

**Not admitted to practice in Virginia*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2025 a copy of the foregoing document was served via the Court's ECF system on all parties who are deemed to have consented to electronic service.

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III